UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
AMY R. WEISSBROD GURVEY, USPTO
Patentee,

Plaintiff,

-against-

HON(S). JONATHAN LIPPMAN, PETER TOM,
LUIS GONZALEZ, ROLANDO ACOSTA,
THOMAS CAHILL, SHERRY COHEN, DAVID
SPOKONY, JORGE DOPICO, ALAN W.
FRIEDBERG, JAMES SHED, NAOMI
GOLDSTEIN, RAYMOND VALLEJO, ORLANDO
REYES, LAUREN HOLMES, HEARING PANEL
IV, HINSHAW & CULBERTSON, LLP, RICHARD
SUPPLE, HAL LIEBERMAN, O. LEE SQUITIERI,
SQUITIERI & FEARON, LLP, NYS OFFICE OF
COURT ADMINISTRATION (LAWRENCE
MARKES & JOHN MCCONNELL, CHIEF
COUNSELS, STATE OF NY, CITY OF NY and
DOES 1-X, INCLUSIVE,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/14/2025

18 Civ. 2206 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated January 10, 2025, the Court denied Plaintiff's motions at ECF Nos. 47 and 48, which asked the Court to reconsider its June 2018 order dismissing this action with prejudice, ECF No. 29. ECF No. 53. On January 13, 2025, the Clerk of Court docketed a letter from Plaintiff, dated January 6, 2025, which asks the Court to impose sanctions on defense counsel Michael Berg. ECF No. 54.

Plaintiff's motion for sanctions, like her motions for reconsideration, is frivolous. *See* ECF No. 53. It is, therefore, DENIED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 54 and mail a copy of this order to Plaintiff *pro se*.

SO ORDERED.

Dated: January 14, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge